1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 551-2724



FILED

FEB - 3 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDER PIGGEE,<br><br>        Defendant. | CASE NO. 2:11-CR-0055 JAM<br><br>VIOLATION: 18 U.S.C. 844(i) -<br>Arson (2 Counts) |

### I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 844(i) - Arson]

    The Grand Jury charges: T H A T

                ALEXANDER PIGGEE,

defendant herein, on or about October 21, 2010, in the County of Sacramento, State and Eastern District of California, did knowingly and maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building and other real and personal property used in interstate commerce and in activities affecting interstate commerce, specifically, WalMart, a retail business located at 5821 Antelope Road, Sacramento, California, in violation of Title 18, United States Code, Section 844(i).

1  COUNT TWO: [18 U.S.C. § 844(i) - Arson]
2      The Grand Jury further charges: T H A T
3                    ALEXANDER PIGGEE,
4  defendant herein, on or about October 21, 2010, in the County of
5  Placer, State and Eastern District of California, did knowingly and
6  maliciously damage and destroy, and attempt to damage and destroy, by
7  means of fire, a building and other real and personal property used
8  in interstate commerce and in activities affecting interstate
9  commerce, specifically, Westfield Galleria at Roseville, a mall
10 located at 1151 Galleria Boulevard, Roseville, California, and
11 specifically The Game Stop, a retail business located in that mall,
12 in violation of Title 18, United States Code, Section 844(i).

                                         A TRUE BILL.

                                         /s/ Signature on file w/AUSA
                                         FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

PENALTY SLIP

**ALEXANDER PIGGEE,**

COUNTS ONE AND TWO:
VIOLATION:      18 U.S.C. § 844 (i) - Arson
PENALTY:        Not more than $250,000 Fine; or
                Not less than 5 years and not more than 20 years Imprisonment, or both;
                Not less than 3 years of supervised release.

ASSESSMENT:     $100 special assessment for each count.

2:11-cr-0055 JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA

vs.

ALEXANDER PIGGEE

---

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 844(i) - Arson (2 Counts);

---

*A true bill,*

_____/S/_____

*Foreman.*

---

*Filed in open court this* _____ 3 _____ *day*

*of* \_\_ FEBRUARY \_\_, A.D. 20 \_11\_\_

_____

*Clerk.*

---

*Bail, $* _____ **NO BAIL WARRANT**

_____ GREGORY G. HOLLOWS \_\_\_\_\_

---

GPO 863 525

2:11-CR-0055 JAM